UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | MAGISTRATE NO. 1:12MJ-322 |
| | : | |
| | : | **MOTION AND ORDER TO UNSEAL** |
| SEARCH WARRANT | : | **SEARCH WARRANT, APPLICATION** |
| | : | **AND AFFIDAVIT FOR SEARCH** |
| 8631 Livingston Road | : | **WARRANT AND RETURN** |
| Cincinnati, Ohio | : | |

-------------------------------------------------------------------------

Now comes the United States Attorney and moves this Court to unseal the Search Warrant, the Application and Affidavit for Search Warrant, and the Return.

In support of this Motion, the United States Attorney states that an Indictment was returned on October 11, 2012, in the United States District Court, Eastern District of Kentucky, Northern Division at Covington. Unsealing these documents is necessary to comply with the Court's Order regarding discovery.

WHEREFORE, the United States of America respectfully requests that the Search Warrant, the Application and Affidavit for Search Warrant, and the Return be unsealed.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Karl P. Kadon, III
KARL P. KADON, III (0009324)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385
Karl.Kadon@usdoj.gov

Upon the Motion of the United States Attorney and for good cause shown, it is

**ORDERED** that the Search Warrant, the Application and Affidavit for Search Warrant, and the Return, be unsealed.

_____
HONORABLE KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE